FILED:  October 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1443

_____

GERRY W. FOWLER, SR.,

       Plaintiff – Appellant,

v.

INTERNAL REVENUE SERVICE; ZALES CORP.,

       Defendant – Appellees.

_____

O R D E R

_____

The court amends its opinion filed September 23, 2024, as follows:

In the first line of the second page, the appellant's name is corrected to read "Gerry W. Fowler, Sr."

For the Court

/s/ Nwamaka Anowi, Clerk